SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
ROBERT J. GUITE, Cal. Bar No. 244590
ABIGAIL MILES, Cal. Bar No. 347873
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947
E mail: rguite@sheppard.com
amiles@sheppard.com

Attorneys for Defendants WEBBANK
And SOLAR MOSAIC LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| VICKI DRUM,<br><br>Plaintiff,<br><br>v.<br><br>WEBBANK, SOLAR MOSAIC LLC, NATIONAL RECOVERY SOLUTIONS LLC, NATIONAL ENTERPRISE SYSTEMS, INC., and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 1:26-cv-05682-CDB<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING DEFENDANTS WEBBANK AND SOLAR MOSAIC LLC'S DEADLINE TO RESPOND TO COMPLAINT** |

Pursuant to Local Rules 143 and 144, Plaintiff Vicki Drum ("Plaintiff") and Defendants WebBank and Solar Mosaic LLC ("Mosaic") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, on July 21, 2026, Defendant National Enterprise Systems, Inc. removed this action to the United States District Court for the Eastern District of California;

WHEREAS, following removal, WebBank and Mosaic's deadline to respond to the Complaint was July 28, 2026;

WHEREAS, the Parties previously agreed pursuant to Local Rule 144 to extend WebBank and Mosaic's deadline to respond to the Complaint by 28 days, from July 28, 2026 to August 25, 2026 without a court order;

WHEREAS, the Parties are conferring regarding potential resolution as to WebBank and Mosaic which, if successful, would obviate the need for WebBank and Mosaic to respond to the Complaint and the Parties request in good faith additional time for those discussions to continue;

WHEREAS, the Parties have conferred and agreed to extend WebBank and Mosaic's August 25, 2026 deadline to respond to the Complaint by 21 days to September 15, 2026;

WHEREAS, this would be the second extension of time as to WebBank and Mosaic's deadline to respond to the Complaint;

WHEREAS, no party will be prejudiced by this brief extension;

NOW, THEREFORE, the Parties hereby stipulate that WebBank and Mosaic's deadline to respond to the Complaint is hereby extended to September 15, 2026.

**IT IS SO STIPULATED.**

Dated: August 25, 2026

CONSUMER LAW OFFICE OF WILLIAM E. KENNEDY

By *__/s/ William E. Kennedy__*
WILLIAM E. KENNEDY

Attorneys for Plaintiff
VICKI DRUM

Dated: August 25, 2026

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By *\/s/ Robert J. Guite*

ROBERT J. GUITE
ABIGAIL MILES

Attorneys for Defendants
WEBBANK AND SOLAR MOSAIC LLC

## SIGNATURE ATTESTATION

I, Robert J. Guite, attest that Plaintiff's counsel listed above, and on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

Dated: August 26, 2026

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By *\/s/ Robert J. Guite*

ROBERT J. GUITE

Attorneys for Defendants
WEBBANK AND SOLAR MOSAIC LLC

## ~~[PROPOSED]~~ ORDER ON STIPULATION

IT IS SO ORDERED.

Dated: **August 26, 2026**

UNITED STATES MAGISTRATE JUDGE